NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON P. KRALOVETZ,          )
                                        )

        Appellant,           )
                                          )

v.                               )        Case No. 2D18-1229
                                          )

STATE OF FLORIDA,          )
                                        )

        Appellee.            )
_____)

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Manatee
County; John F. Lakin, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Jason P. Kralovetz, pro se.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.